**Order entered October 7, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00817-CV

**GATEWAY DIAGNOSTIC IMAGING, LLC D/B/A GATEWAY DIAGNOSTIC IMAGING MID-CITIES., Appellant**

**V.**

**KRISHA VERNI RATNASABAPATHY, INDIVIDUALLY, AS NEXT FRIEND OF T.R., A MINOR, AND V.R. A MINOR AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF PRADEEPAN RATNASABAPATHY, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-00614**

## ORDER

Before the Court is appellant's October 6, 2020 unopposed motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 9, 2020.

/s/     ERIN A. NOWELL
JUSTICE